**Wayne RAMSAY, Plaintiff-Appellant,**

v.

**James BAILEY, M.D., et al., etc., Defendants-Appellees.**

No. 73-2933

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 27, 1973.

Wayne Ramsay, pro se.

John L. Hill, Atty. Gen., Melvin E. Corley, Roland H. Allen, Asst. Attys., Gen., Austin, Tex., Ted Butler, Crim. Dist. Atty., Norris W. Yates, Jr., Asst. Crim. Dist. Atty., San Antonio, Tex., for Pugh.

Thomas H. Sharp, Jr., San Antonio, Tex., for Bailey.

Before JOHN R. BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

PER CURIAM:

It being undisputed that there was no final order or judgment filed in this cause from which an appeal could be taken, the appeal is dismissed for want of jurisdiction.

Dismissed.